GEORGE KELLOGG et al., Respondents, *v.* ANDERSON
    GRAIN COMPANY, INCORPORATED, Appellant.

*Kellogg* v. *Anderson Grain Co.*, 190 App. Div. 923, appeal dismissed.

(Argued February 23, 1920; decided March 2, 1920.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the third
judicial department, entered November 11, 1919, unani-
mously affirming a judgment in favor of plaintiffs entered
upon a verdict.

The motion was made upon the ground that an appeal
did not lie to the Court of Appeals as matter of right and
that permission to appeal had not been obtained.

*Charles S. Nisbit* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.